UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURT R MADSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA et al,<br><br>                    Defendants. | CASE NO. 3:17-CV-05218-RBL-DWC<br><br>ORDER TO SHOW CAUSE |

Plaintiff Kurt R. Madsen, who is housed at Western State Hospital and is proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis*. Dkt. 1. In his Motion, Plaintiff states he is not presently employed, but received $1,500 in employment income in the last 12 months. *Id.* Plaintiff states he was previously employed at "222 Mass Ave" in Washington, DC. *Id.* Because Plaintiff is housed at Western State Hospital, he does not have a trust account. *Id.* However, Plaintiff states that he has no cash on hand or savings account. *Id.*

Based on the information supplied to the Court, Plaintiff may be able to afford the $400.00 filing fee. Therefore, Plaintiff is ordered to show cause why his Motion to Proceed *In Forma Pauperis* should not be denied.  Specifically, Plaintiff must advise the Court when his

1    previous employment terminated and whether he has access to any of his previous employment

2    income. Plaintiff must respond to this Show Cause Order on or before April 30, 2017. In the

3    alternative, Plaintiff may pay the $400.00 filing fee before that date.

4         Failure to show cause or pay the amount shall be deemed a failure to properly prosecute

5    this matter and the Court will recommend dismissal of this matter.

6         Dated this 28th day of March, 2017.

7

8    _____
     David W. Christel
9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2