UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT R. MADSEN,

           Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

           Defendants.

CASE NO. C17-5218 RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: July 14, 2017

      Plaintiff Kurt R. Madsen, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. After completing an initial screening of the Complaint, the Court declined to serve the Complaint, but provided Plaintiff with leave to file an amended pleading by June 2, 2017 to cure the deficiencies. Dkt. 10. Plaintiff was notified his failure to comply with the Court's Order would result in the Court recommending dismissal of this case. *Id.* at 13.

      Plaintiff has failed to comply with the Court's May 12, 2017 Order. He has not filed an amended complaint to correct the deficiencies contained within the Complaint. As Plaintiff has

1  failed to respond to the Court's Order and prosecute this case, the Court recommends this case be
2  dismissed without prejudice.
3      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
4  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
5  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
6  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
7  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 14,
8  2017, as noted in the caption.
9      Dated this 13th day of June, 2017.

                                               David W. Christel
                                             United States Magistrate Judge