UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Kurt R. Madsen,

                             Plaintiff,

    v.

United States of America et al.,

                             Defendants.

No. C17-5218 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation [Dkt. #11].

(2)    Plaintiff's claims are dismissed without prejudice for failure to respond to the Court's Order and to prosecute this case.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 17th day of July, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1